IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN W. DAVENPORT, JR.,

    Plaintiff,                               :

                                     Case No. 3:04cv341

                                   JUDGE WALTER HERBERT RICE

    vs.                                  :

LINC MECHANICAL
SERVICES, INC., et al.,

    Defendants.                       :

---

DECISION AND ENTRY SUSTAINING MOTION OF DEFENDANTS
R.L.R. INVESTMENTS, LLC; R+L CARRIERS SHARED SERVICES,
LLC; AND R+L CARRIERS, INC., TO DISMISS PLAINTIFF'S
COMPLAINT AS TO THEM (DOC. #6); EXPANDED OPINION, SETTING
FORTH REASONING AND CITATIONS OF AUTHORITY TO FOLLOW
WITHIN 30 DAYS FROM DATE

---

Based upon reasoning and citations of authority to be set forth by this Court, in an expanded Entry to be filed not later than 30 days from date, the Motion of the above Defendants, collectively the R+L Defendants, seeking an Order of the Court dismissing the Plaintiff's Complaint as to them, is sustained.

This Opinion represents an interlocutory Order and is not intended to be a final judgment entry.

September 28, 2005

                                       /s/ Walter Herbert Rice
                                    WALTER HERBERT RICE, JUDGE
                                    UNITED STATES DISTRICT COURT

Copies to:
Counsel of record